UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.	**ORDER**
	Criminal File No. 09-117 (MJD/AJB)

(1) ION DATCU,

      Defendant.
_____

Lisa D. Kirkpatrick, Assistant United States Attorney, Counsel for Plaintiff.

Gary R. Wolf, Wolf Law Office, Counsel for Defendant.
_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated August 4, 2009. [Docket No. 81] Defendant Ion Datcu filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate

1

Judge Arthur J. Boylan dated August 4, 2009, with the exception that the first sentence of the second paragraph on page 8 of the Report and Recommendation is replaced with the following sentence: "At any investigative stop – whether there is an arrest, an inventory search, neither, or both – officers may take steps reasonably necessary to protect their personal safety." <u>United States v. Stachowiak</u>, 521 F.3d 852, 855 (8th Cir. 2008) (quoting <u>United States v. Shranklen</u>, 315 F.3d 959, 961 (8th Cir. 2003)). .

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated August 4, 2009 [Docket No. 81].

2. Defendant Ion Datcu's Motion to Suppress Evidence Obtained as Result of Search and Seizure [Docket No. 60] is **DENIED**.

Dated: August 27, 2009          s/ Michael J. Davis
         Michael J. Davis
         Chief Judge
         United States District Court